Case 19-11133-TPA    Doc 54    Filed 05/19/20    Entered 05/19/20 12:49:15    Desc Main
Document      Page 1 of 1

FILED
5/19/20 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-11133-TPA |
| Carl D. Richter | : | Chapter: | 13 |
| Jennifer A. Richter | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/19/2020 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**     #29 Oral Argument on Obj. to Confirmation of Plan by U.S. Trustee

    #30 Oral Argument on Motion to Dismiss Case by U.S. Trustee

**APPEARANCES:**

    Debtor:        Sharon L. Smith
    Trustee:       Owen Katz
    U.S. Trustee:  Norma Hildenbrand

**NOTES:**

Hildenbrand:    We have five bases for dismissal and denial of Plan confirmation.

Katz:    We believe the Court is writing on a clean slate here. All of the cases relied on by the U.S. Trustee are distinguishable.

Smith:    (11:13) No I just agree with Mr. Katz that the cases cited here are not relevant to this particular case because they deal with ownership, buying marijuana, or actively violating the law. She is just an employee.

J.:    I will grant the objection generally and have the Debtors file an amended plan in the next three weeks. The U.S. Trustee will then file its objection and motion to dismiss in response to the amended plan, which includes all arguments raised. Then we will need some discovery on this issue, which will be open for 75 days. (11:21). I need an affidavit from Mr. Richter regarding his sole bank account. (11:26) Interim Confirmation Order to be issued without prejudice to the U.S. Trustee's position.

**OUTCOME:**    Chambers to issue order.

jlm